```
 1                                                                    O
 2
 3
 4                                        [FILED - SOUTHERN DIVISION
 5                                         CLERK, U.S. DISTRICT COURT
 6                                              AUG 13 2013
 7                                         CENTRAL DISTRICT OF CALIFORNIA
                                           BY              DEPUTY]
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,  )   Case No.: SACR06-114-CJC
12                 Plaintiff, )
                              )   ORDER OF DETENTION AFTER
13      vs.                   )   HEARING
                              )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14 Raggoza-Franco, Jorge      )     § 3143(a)]
15                 Defendant. )
16
17      The defendant having been arrested in this District pursuant to a warrant issued
18 by the United States District Court for the    CD CA                              ,
19 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20 release]; and
21      The Court having conducted a detention hearing pursuant to Federal Rule of
22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23      The Court finds that:
24 A.   (X) The defendant has not met his/her burden of establishing by clear and
25      convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26      3142(b) or (c). This finding is based on  Background, cmty ties unknown
27 due to failure to interview, bail resources unknown;
28 illegal immigration status; assoc w/multiple
   personal identifiers
```

1
2
3    and/or
4 B.   (X) The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7    finding is based on _Criminal history record, incl prior_
8    _convs for narcotics offenses, a crime of_
9    _violence (corporal injury to spouse); probation_
10   _violation history_
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED:  8/13/13
17                                          ROBERT N. BLOCK
                                            UNITED STATES MAGISTRATE JUDGE

Page 2 of 2